## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re
**ROBERT PATRICK BONEFANT, JR.,**      Chapter 7
and **MARGARET LOUISE McCLORY-**     Case No. 12-16482-JNF
**BONEFANT**,
    Debtors

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**STEWART F. GROSSMAN,**
**CHAPTER 7 TRUSTEE,**
    Plaintiff,
v.     Adv. P. No. 14-1143
**ROBERT PATRICK BONEFANT, SR.,**
    Defendant

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

### ERRATA

The Court decision in the above-captioned adversary proceeding, 20156 WL 1238855 (Bankr. D. Mass. March 29, 2016), is hereby amended. On page 2 of the decision, the first full sentence of the decision is amended as follows:

> Specifically, the Trustee set forth four counts in his Complaint as follows: Count I (Fraudulent Transfer - - 11 U.S.C. § 548); Count II - - (Fraudulent Transfer - - 11 U.S.C. § 544(b)); Count III - - (11 U.S.C. § 550(a)(1)); Count IV - - (Quantum Meruit/Unjust Enrichment); and Count V - - (Resulting Trust).

                By the Court,

                *Joan N. Feeney*

                Joan N. Feeney
                United States Bankruptcy Judge

Dated: April 12, 2016